ANDREWS et al. v. THUM et al.

(Circuit Court of Appeals, First Circuit. June 11, 1895.)

No. 89.

Appeal from the Circuit Court of the United States for the District of Massachusetts.

This was a bill in equity by Otto and William Thum against John A. Andrews, William Y. Wadleigh, B. F. Bullard, and William A. Dole, trading under the name of John A. Andrews & Co., for alleged infringement of letters patent No. 278,294, issued May 22, 1883, and No. 305,118, issued September 16, 1884, both to Otto Thum, for improvements relating to fly paper. The circuit court rendered a decree for complainants (53 Fed. 84), and defendants appealed. A petition to dismiss the appeal was denied by this court (12 C. C. A. 77, 64 Fed. 149); and, the case being afterwards heard on the merits of the appeal, a decree was entered reversing the decree below, and remanding the cause, with directions to dismiss the bill. 15 C. C. A. 67, 67 Fed. 911. After the entry of this decree, the present rehearing was allowed.

John M. Perkins, for appellants.

Thomas J. Johnston, for appellees.

Before COLT, Circuit Judge, and WEBB and ALDRICH, District Judges.

PER CURIAM. Upon rehearing we see no reason to modify the views heretofore expressed, or to change the result already announced in this case. The decree of the circuit court is reversed, and the cause remanded, with directions to dismiss the bill, with costs.